Richard MURTON, Claimant–Appellant,

v.

Eric K. SHINSEKI, Respondent–Appellee.

No. 2011–7058.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2011.

Before LOURIE, Circuit Judge.

## ON MOTION

### ORDER

Richard Murton moves for this court to dismiss that portion of his appeal which does not challenge determinations regarding his claim relating to alopecia areata. The Secretary of Veterans Affairs responds.

We note that the Court of Appeals for Veterans Claims denied Murton's request to bifurcate his claims in the case, and in this motion he challenges that ruling. Briefing in this case is now completed.

Accordingly,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and the Secretary's response shall be forwarded to the merits panel.